**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| **LIONELL G. MILLER**, | ) Docket No. 3:12-cv-04470-AET-LHG |
| | ) |
| **Plaintiff,** | ) Courtroom No. 7E |
| | ) Clarkson S. Fisher Building |
| versus | ) & U.S. Courthouse |
| | ) 402 East State Street |
| **GARY M. LANIGAN,** *Commissioner* | ) Trenton, New Jersey 08608 |
| *of the New Jersey Department of* | ) |
| *Corrections*, *et al.*, | ) |
| | ) March 4, 2020 |
| **Defendants.** | ) 1:16 p.m. |

```
          TRANSCRIPT OF TERMS OF SETTLEMENT
          BEFORE HONORABLE LOIS H. GOODMAN
             UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:           McCarter & English, LLP
                             By:  CYNTHIA STENCEL BETZ, ESQ.
                                  NATALIE S. WATSON, ESQ.
                             Four Gateway Center
                             100 Mulberry Street
                             Newark, New Jersey 07102

For the Defendants,          State of New Jersey
Fraley and McDounagh:        Office of the Attorney General
                             By:  ADAM ROBERT GIBBONS, ESQ.
                             25 Market Street
                             Trenton, New Jersey 08724

ESR/Courtroom Deputy:        Ivannya Fitzgerald
```

**TRANSCRIPTION SERVICE:**          **TRANSCRIPTS PLUS, INC.**
                                    **435 Riverview Circle**
                                    **New Hope, Pennsylvania 18938**
                                    **Telephone:  215-862-1115**
                                    **e-mail CourtTranscripts@aol.com**

```
 Proceedings recorded by electronic sound recording, transcript
               produced by transcription service.
```

```
 1            TRENTON, NEW JERSEY  MARCH 4, 2020  1:16 P.M.
 2                 (Call to order of the Court)
 3            THE COURT:  All right.  We are here in the matter of
 4   Lionell Miller versus Gary Lanigan, et al., Docket Number 12-
 5   4470.
 6            Can I have the appearances, please, starting with
 7   plaintiff?
 8            MS. WATSON:  Sure.  Good afternoon, Your Honor.
 9   Natalie Watson of McCarter & English, and we're appointed
10   counsel for Mr. Miller, and I'm here with my colleague, Cynthia
11   Betz.
12            THE COURT:  Thank you.
13            MR. GIBBONS:  Good afternoon, Your Honor.  Deputy
14   Attorney General Adam Robert Gibbons for defendants,
15   Corrections Officers Fraley and McDounagh.
16            THE COURT:  All right.  So this is a matter that has
17   been pending for a long time, it is a 2012 docket, which is not
18   lost upon any of us.  We have been here since 10:30 with a
19   settlement conference with the expectation that if the case did
20   not settle, we would be doing our final pretrial conference, as
21   well, because you have submitted the final pretrial order, and
22   this case is ready to go to trial with appointed counsel, given
23   that Mr. Miller brought this case originally pro se.
24            After all of the herculean efforts this morning, I am
25   pleased to have the report from counsel that the case is
```

 1  settled.  And it is my understanding that you would like to put
 2  the terms of the settlement on the record.
 3          Who would like to proceed?
 4          MS. WATSON:  Thank you, Your Honor; I'll proceed.
 5  Natalie Watson for Mr. Miller.
 6          And our client, as Your Honor's aware, was fairly
 7  firm about his final demand.  And we are pleased to report that
 8  defense counsel agreed to meet that at $2,000.  And so in
 9  exchange for $2,000, our client will be providing a full
10  release of all claims.
11          THE COURT:  All right.  Anything else that needs to
12  be said here?
13          MR. GIBBONS:  Only because we had talked about it, as
14  well, that I'll be sending out a settlement packet that
15  includes the unconditional release, and all the terms therein
16  for us to execute to finalize the settlement, Your Honor.
17          THE COURT:  Terrific.  I have to commend you all on
18  getting so much done.  Obviously when we started talking, the
19  numbers were very high, and the State was in a no-pay position,
20  and it is strictly due to your efforts that you have been able
21  to make this work.
22          I will note that I spoke to Mr. Miller earlier today,
23  and he was very adamant that he would not take less than the
24  $2,000, and I appreciate the State stepping in and making this
25  work.

1           So I will wait for you to submit either a letter
2  saying that a 60-day order would be appropriate, or a stip of
3  dismissal, all right?
4           Anything else to put on the record?
5           MS. WATSON:  Just thank you, again, Your Honor, for
6  the extensive time you took, both with us and with our client,
7  it's greatly appreciated.  And as always, to Mr. Gibbons for
8  his courtesies.
9           THE COURT:  Well, you are very welcome from my
10 perspective.
11          MR. GIBBONS:  Yes, thank you, Your Honor, and thank
12 you to opposing counsel.
13          THE COURT:  All right.  Off the record.
14          MS. WATSON:  Thank you, Your Honor.
15      (Whereupon, at 1:19 p.m., the hearing was adjourned.)
16
17
18
19
20
21
22
23
24

1
2
3                    CERTIFICATE OF TRANSCRIBER
4
5     I, KAREN HARTMANN, a certified Electronic Court
6 Transcriber, certify that the foregoing is a correct transcript
7 from the electronic sound recording of the proceedings in the
8 above-entitled matter.
9
10 *(signature: Karen Hartmann)*
11
12 Karen Hartmann, AAERT CET 475  Date: July 28, 2020
13 TRANSCRIPTS PLUS, INC.
14
15
16
17
18
19
20
21
22
23
24
25